IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. 08-00178-CR-W-ODS |
| ) | |
| AVERY L. SNELLING, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FINDING DEFENDANT COMPETENT

On December 27, 2010, the Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that the Court find Defendant competent to stand trial and assist in his defense. Neither party filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court agrees with the Report's conclusion that Defendant is competent to stand trial and assist in his defense. Judge Larsen's Report and Recommendation (Doc. 101) is adopted as the order of the Court. Defendant is found competent to stand trial and assist in his defense.
IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
DATE: January 11, 2011   UNITED STATES DISTRICT COURT