IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 08-00178-01-CR-W-ODS |
| AVERY L. SNELLING, ) | |
| ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION

On July 19, 2011, defendant filed a motion for a judicial determination of mental competency. Defendant was examined by Christine Scronce, Ph.D., a Forensic Psychologist, who found that defendant was competent in a report dated November 3, 2011.

On November 10, 2011, I held a competency hearing. Defendant was present, represented by John Gromowsky. The government was represented by Assistant United States Attorney Paul Becker. The parties stipulated to the contents and findings of Dr. Scronce as the only evidence of whether the defendant is competent to stand trial and to assist in his defense (Tr. at 2).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

---

[1] "Tr". refers to the transcript of the competency hearing.

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

Any objections to this Report and Recommendation shall be filed by December 1, 2011.

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
November 17, 2011